**Dismissed and Opinion Filed March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00059-CV**

**IN THE INTEREST OF A.E., A.E., AND A.E., CHILDREN**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50225-2018**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Molberg

The clerk's record in this appeal has not been filed because appellant has not paid or made arrangements to pay the clerk's fee. By letter dated February 18, 2020, we directed appellant to file, within ten days, written verification he had paid or made arrangements to pay the fee or was entitled to proceed without payment of costs. Although we cautioned appellant that failure to comply could result in dismissal of the appeal, appellant has yet to comply. *See* TEX. R. APP. P. 37.3(b). Accordingly, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Ken Molberg//
KEN MOLBERG
JUSTICE

200059f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.E., A.E., AND A.E., CHILDREN

No. 05-20-00059-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-50225-2018.
Opinion delivered by Justice Molberg, Justices Bridges and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Audrey Evans recover her costs, if any, of this appeal from appellant Dustin Dwight Evans.

Judgment entered this 19th day of March 2020.